**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

                                                    Chapter: 7

SOVEREIGN INTERNATIONAL
  ASSET MANAGEMENT, INC.          Case No: 8:12-bk-09978-CED

      Debtor(s).
_____/

**NOTICE OF UNAVAILABILITY**

The undersigned attorney files this notice of unavailability and states that she will be unavailable from August 24, 2012 up to and including September 4, 2012, and respectfully requests that no hearings, depositions, or trials that require her presence, be scheduled during this time.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served on this 8th day of August 2012, either by electronic filing or by U.S. first class mail postage prepaid to the following addresses:

Debtor:  c/o Gregory Adams, 2951 Yucca Ct., Palm Harbor Fl 34684
Trustee:  Carolyn R. Chaney, PO Box 530248, St. Petersburg, FL 33747
U.S. Trustee:  501 E. Polk St., Suite 1200, Tampa, FL 33602.

                                                        _____/s/ Joryn Jenkins_____
                                                        JORYN JENKINS, ESQUIRE
                                                        Florida Bar Number 366072
                                                       JORYN JENKINS & ASSOCIATES
                                                       3839 West Kennedy Boulevard
                                                       Tampa, Florida 33609
                                                       Phone: 813/870-3839
                                                       Facsimile: 813/877-3839
                                                       Joryn@jorynjenkinslaw.com